# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MARTINEZ-DIAZ

    Plaintiff

    V.

FREEDOM MORTGAGE CORP et al

    Defendants

CIVIL ACTION

NO. 23-13075-WGY

## ORDER OF DISMISSAL

YOUNG, DJ,

In accordance with the Court's allowance of the defendants' motions to dismiss on March 5, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

March 12, 2024          /s/ Jennifer Gaudet

Date                                          Deputy Clerk